Melissa Hornbein (MT Bar No. 9694)
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
(406) 471-3173
hornbein@westernlaw.org

Barbara Chillcott
(MT Bar No. 8078)
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
(406) 430-3023
chillcott@westernlaw.org

*Counsel for Plaintiffs*

Thomas Delehanty
(*admitted pro hac vice*)
Earthjustice
633 17th St., Suite 1600
Denver, CO 80202
(303) 996-9628
tdelehanty@earthjustice.org

Elizabeth B. Forsyth
(*admitted pro hac vice*)
Earthjustice
810 3rd Ave #610
Seattle, WA 98104
(213) 766-1067
eforsyth@earthjustice.org

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., | 4:21-cv-00004-BMM |
| Plaintiffs, | |
| vs. | **CONSERVATION PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| U.S. BUREAU OF LAND MANAGEMENT, et al., | |
| Defendants. | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs WildEarth Guardians, Montana Environmental Information Center, Center for Biological Diversity, Sierra Club, and Waterkeeper Alliance (collectively, the "Conservation Plaintiffs") hereby move for summary judgment.  As set forth in the attached memorandum in support of this motion, "there is no genuine dispute as to any material fact" and the Conservation Plaintiffs are "entitled to judgment as a matter of law."  Fed. R. Civ. P. 56(a).

As detailed in the declarations submitted with this motion, the Conservation Plaintiffs have standing to bring this suit, because their members use the affected area, and the challenged leases impair their members' aesthetic and recreational interests.  *See Friends of the Earth, Inc. v. Laidlaw Env't Servs., Inc.*, 528 U.S. 167, 180–81 (2000).

The Conservation Plaintiffs respectfully request that this Court: (1) declare that, as a matter of law, Federal Defendants' decisions to offer 113 oil and gas leases in the July 2019, September 2019, December 2019, March 2020, and September 2020 lease sales in Montana and North Dakota were arbitrary and capricious and violated the National Environmental Policy Act, and (2) set aside, vacate, and remand the challenged lease sales and corresponding Environmental Assessments, Findings of No Significant Impact, and Records of Decision.

1

Respectfully submitted this 7th day of February, 2022.


Thomas Delehanty (*admitted pro hac vice*)
Earthjustice
633 17th St., Suite 1600
Denver, CO 80202
Phone: (303) 996-9628
E-mail: tdelehanty@earthjustice.org

Elizabeth B. Forsyth (*admitted pro hac vice*)
Earthjustice
810 3rd Ave #610
Seattle, WA 98104
Phone: (213) 766-1067
E-mail: eforsyth@earthjustice.org


Melissa Hornbein (MT Bar No. 9694)
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
Phone: (406) 471-3173
E-mail: hornbein@westernlaw.org

Barbara Chillcott (MT Bar No. 8078)
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
Phone: (406) 430-3023
E-mail: chillcott@westernlaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2022, I electronically transmitted the foregoing **CONSERVATION PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** and all exhibits to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Thomas Delehanty*
Thomas Delehanty