Conservation Plaintiffs' Motion for Summary Judgment

# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants. | Case No. 4:21-cv-00004-BMM <br><br> **DECLARATION OF MICHAEL DOWNEY** |

**<u>DECLARATION OF MICHAEL DOWNEY</u>**

I, Michael Downey, declare as follows:

1.     The facts set forth in this declaration are based on my personal knowledge. If called as a witness in these proceedings, I could and would testify competently to these facts.

2.     I currently reside in Helena, Montana.  I have lived in Montana for 27 years.

3.     I am a member of the Montana Environmental Information Center and have been since 2012.  I fully support the organization's mission of protecting Montana's clean air and water and protecting and restoring the state's natural environment.

1

4.     I am also a member of the Sierra Club and have been since 2004.  I fully support the Sierra Club's work to protect communities, wild places, and the planet itself.

5.     Soon after moving to Montana in the spring of 1994, I quickly fell in love with the wide-open and unspoiled landscape, big sky, dispersed population and lack of development across Montana. Nowhere are these characteristics more apparent than the eastern two-thirds of the state.

6.     My first job with the state of Montana in the fall of 1994, as the Lower Missouri Water Reservations Coordinator, required extensive travel across the Highline through Liberty, Hill, Blaine, Philips, Valley, Daniels, Sheridan, Roosevelt, and Richland Counties to observe rivers and streams and associated irrigation infrastructure.

7.     In 2000, I took a job with the Montana Department of Fish, Wildlife, and Parks ("DFWP") as the State's first Public Land Access Coordinator. During my three years in this position, I visited all 56 counties in the state with the sole purpose of improving recreational access to state and federal lands. During this time, I traveled extensively in Musselshell, Rosebud, Garfield, McCone, Dawson, Wibaux, Fallon, Carter, and Powder River counties. In this role, I worked closely with sportsmen's groups, natural resource management professionals and others to improve access to intact public lands with excellent natural habitat and other

natural characteristics.  The addition of oil and gas development renders these high value public lands useless for recreational pursuit.

8.    The aesthetic pleasure I derived from the trips I made in my professional capacity led me to make plans to revisit many of these areas for hunting, photography, and general recreation, which I have done since the mid-1990s.

9.    As an avid upland bird and big game hunter and landscape photographer, I have returned to northeastern and southeastern Montana every year since the mid-1990s to explore, camp, hike, hunt and photograph in the wild spaces on state, federal, and private lands. At this point in my life, I look forward to the day when I can retire and take trips in the spring and fall in eastern Montana every year, camping, hunting, and hiking with my dogs and my camera.

10.    I am aware of the U.S. Bureau of Land Management's ("BLM") sale of federal oil and gas leases in Montana in July 2019, September 2019, December 2019, March 2020, and September 2020 (the "BLM Lease sales").

11.    In the last seven years I have camped, hiked, and hunted annually in northeastern Montana in early October.  In 2014, 2015, 2016, 2018, and 2019, I made hunting trips, including trips that were in proximity of the many of the lease parcels from BLM lease sales in Musselshell, Liberty, Hill, Blaine, Sheridan, Roosevelt, and Richland counties. In 2017, 2020, and 2021 I took hunting trips of five days each in early October that included multiple sites in the vicinity of the

3

lease parcels from the BLM Lease sales in Dawson, Fallon, Carter, and Powder River Counties. Below is a photograph of my dog, Willie, during our successful 2020 hunting trip.



12.     In 2017, 2020, and 2021, I traveled extensively in northeast and southeast Montana in late August documenting the impacts of drought in my role as the state drought monitoring coordinator for the Montana Department of Natural Resources & Conservation. These trips specifically included multiple stops in the vicinity of the lease parcels from the July 2019, September 2019, December 2019, and March 2020 lease sales in Wibaux, Fallon, Carter, and Powder River counties.

13.     Most of the lands impacted by the BLM Lease sales are within or near lands that I have regularly visited on multiple occasions for work and recreation

4

over the last 27 years as detailed above and below.

14.     Below is a detailed accounting of my visits to some of the public lands that will be affected by the BLM's specific oil and gas leasing decisions:

### July 2019 Lease Sale

15.     In the spring and summer of 2018 and again in 2019, I made several trips on the Mosby-Melstone Road for both work and pleasure. This road and the views it affords is nearly adjacent to lease parcels MTM111202 and MTM 111201. While there is some evidence of historic oil and gas drilling at places along this road, this area and this road is unusual for the expansive views from the highlands looking east across the Musselshell River. New drilling in this area would greatly impact the scenic character of this landscape. I look forward to visiting this area generally and this road specifically to enjoy the scenic attributes and to hunt and camp in the future.

### September 2019 Lease Sale

16.     In the fall of 2018, I traveled through the area, hiking and hunting on state land along the Musselshell River located near lease parcel MTM111285. This area is very open and expansive. Industrial development in this area will have lasting impacts on the scenic character of this area. The lease sale is also within the viewshed of Highway 12 and will impact scenic views for myself and all travelers on this highway.

17. In the fall of 2017, I traveled on the Anticline Road in the area of lease sale MTM111287. I was traveling from Baker, MT, to hunt and camp on public land north of Terry, MT. This area impressed me both for the scenic character of this landscape and excellent access to state and federal lands for hunting and camping. I look forward to revisiting this area to hunt, camp and hike.

### December 2019 Lease Sale

18. On several trips in 2001 and 2002, I spent multiple days in the Broadus/Biddle area in the midst of the area encompassed by lease parcels MTM111398 and MTM111399 with the express purpose of improving recreational access to isolated state and federal parcels in this area, in my capacity as the DFWP Public Lands Access Coordinator. The Bear Skull Mountain area is scenic, wild, and offers excellent hunting opportunities for mule deer, antelope, and upland birds. I have not had the opportunity to revisit this area in many years, but I plan to return to enjoy the wild and scenic character of this area in the future. New oil and gas development in this area would irreparably harm the scenic character of this landscape.

19. In 2018, I hunted on land south of the Missouri River in Richland County in the proximity of lease parcels MTM111391, MTM111392, MTM111393, MTM111394, MTM111395, and MTM111396.  Once I retire, I intend to explore that area more extensively for hunting and general recreation.

6

**March 2020 Lease Sale**

20.    In 2020 and again in 2021 while documenting the impacts of the drought in those years, I traveled extensively in Fallon, Powder River, and Carter Counties specifically in the Belle Creek/Blowout Creek and Dugout Creek areas near parcels MTM111597, MTM111594, MTM111598, MTM111593, MTM111596, and MTM111595.  In 2017, 2020, and 2021 I also hunted on those lands I had observed on other earlier occasions over the course of the many years I have spent in the vicinity of these lease sales.

**September 2020 Lease Sale**

21.    In October of 2017, I spent several days hunting and camping in the Lower Seven Mile Creek area near parcel MTM111927. In 2010 and 2011, I spent several days on private lands located on Box Elder Creek monitoring conservation easements located near lease parcel MTM111931. In 2013, 2014, 2015, and 2016 I spent multiple days hunting near Big Muddy Creek in the vicinity of lease parcels MTM111933and MTM111926. I have spent many years recreating in this area, and the impacts to the scenic values from oil and gas development are ongoing, extensive and irreversible, at least in my lifetime. Every year that I go back, there are more impacts to the character of this area, and every year I lament the increased damage to the scenic values of this landscape.

7

## Conclusion

22.    It is noteworthy that my first travels in eastern Montana occurred well before the most recent oil and gas boom. The development that has occurred since has been jarring. Areas that I enjoyed as de-facto wilderness have seen the addition of drill pads, roads, and associated industrial infrastructure that in many areas have visually spoiled the landscape and created ongoing noise and light pollution. There is nothing worse than traveling to a long-used campsite only to find the landscape scarred and the view polluted by a new oil or gas well. I have suffered that experience numerous times over the last 27 years, and I always have some trepidation for what I will find when I return to these places. Having worked as a professional photographer and continuing with this interest as a semi-professional with an emphasis in landscape photography, it is an understatement to say that a new oil well pad pretty well ruins the picture.

23.    The sale of the BLM leases on these parcels opens the door for oil and gas development to occur on or near lands that I regularly visit and observe, and enjoy for outdoor recreation.  The whole purpose of leasing is to facilitate development of leases.  If oil and gas development proceeds, it will significantly detract from my recreational enjoyment of public lands.  Oil and gas development will bring in heavy equipment to the areas mentioned above, will lead to increased noise, air, and light pollution from drilling rigs, trucks, and other heavy equipment,

8

and will overall heighten the level of industrial activity in areas that currently are not subject to such a level of activity.

24.    Already, some oil and gas development has occurred in parts of these areas.  I have observed that some limited development has occurred in the Broadus area along and near the Powder River and to the north and to the east in Carter and Fallon counties as well. This development has introduced industrial equipment, including tanks, pumpjacks, and pipelines, brought noise, including from drilling operations, and has overall diminished the natural character and beauty of the landscapes I have visited and intend to continue visiting.

25.    If the BLM's decisions to sell the parcels sold as part of the July 2019, September 2019, December 2019, March 2020, and September 2020 lease sales were to be reversed and the leases were not issued, then my recreational enjoyment of impacted public lands would not be diminished.  Even if future sales ultimately go forward in these same areas, my injury would be lessened if BLM is forced in future sales to comply with the law and meaningfully analyze the environmental harms it causes in a way that it didn't do here (and hopefully seek to mitigate those harms to the greatest extent possible). If the current lease sales are vacated, the harms I would otherwise experience would be redressed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my

9

knowledge, information, and belief.

Executed at Helena, Montana on February 1, 2022.


_____

Michael Downey