# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, MONTANA ENVIRONMENTAL INFORMATION CENTER, CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB, and WATERKEEPER ALLIANCE, INC., <br><br> Plaintiffs, <br> vs. <br><br> U.S. BUREAU OF LAND MANAGEMENT, an agency within the U.S. Department of the Interior; DEBRA HAALAND, in her official capacity as Secretary of the United States Department of the Interior; and DONATO JUDICE, in his official capacity as Montana Bureau of Land Management Deputy State Director, <br><br> Defendants. | Case No. 4:21-cv-00004-BMM-JTJ <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO STAY CASE FOR THIRTY DAYS TO ALLOW FOR SETTLEMENT DRAFTING** |

Before the Court is Defendants' U.S. Bureau of Land Management et al. Unopposed Motion to Stay Case for Thirty Days to Allow for Settlement Drafting. Good cause appearing therefore, the Court HEREBY ORDERS that the Motion is GRANTED. The case and all pending deadlines are stayed for thirty days.

DATED this 23rd day of March, 2022.

*/s/ Brian Morris*

_____
Brian Morris, Chief District Judge
United States District Court