# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, MONTANA ENVIRONMENTAL INFORMATION CENTER, CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB, and WATERKEEPER ALLIANCE, INC., <br><br> Plaintiffs, <br> vs. <br><br> U.S. BUREAU OF LAND MANAGEMENT, an agency within the U.S. Department of the Interior; et al. <br><br> Defendants. | Case No. 4:21-cv-00004-BMM <br><br> **ORDER GRANTING JOINT MOTION TO STAY CASE FOR THIRTY ADDITIONAL DAYS TO ALLOW FOR SETTLEMENT FINALIZATION** |

Before the Court is a Joint Motion to Stay Case for Thirty Additional Days to Allow for Settlement Finalization. Good cause appearing therefore, the Court HEREBY ORDERS that the Motion is GRANTED. The case and all pending deadlines are stayed for thirty additional days until August 22, 2022.

DATED this 25th day of July, 2022.

_____
Brian Morris, Chief District Judge
United States District Court