UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| WILDEARTH GUARDIANS, MONTANA ENVIRONMENTAL INFORMATION CENTER, CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB, and WATERKEEPER ALLIANCE, INC., <br><br> Plaintiffs, <br> vs. <br><br> U.S. BUREAU OF LAND MANAGEMENT, an agency within the U.S. Department of the Interior; DEBRA HAALAND, in her official capacity as Secretary of the United States Department of the Interior; and KIMBERLY PRILL, in her official capacity as Montana Bureau of Land Management Deputy State Director, <br><br> Defendants. | Case No. 4:21-cv-00004-BMM-JTJ |

**STIPULATED DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal with prejudice of this lawsuit pursuant to the terms of their Stipulated Settlement Agreement (Agreement), which is attached as Exhibit A.  The Parties further request that the Court retain jurisdiction solely to resolve any motions to enforce the terms of Paragraphs 3 and 5 of this Agreement, *see Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), and for the

purpose of resolving any motion for attorneys' fees and costs filed by Plaintiffs in accordance with the Equal Access to Justice Act.

Dated: September 6, 2022

It is so stipulated,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

/s/ Michael S. Sawyer
MICHAEL S. SAWYER
Senior Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-5273
Fax: (202) 305-0506
Email:	michael.sawyer@usdoj.gov

*Counsel for Defendants*

/s/ Thomas Delehanty
Thomas Delehanty (admitted pro hac vice)
Earthjustice
633 17th St., Suite 1600
Denver, CO 80202
Phone: (303) 996-9628
E-mail: tdelehanty@earthjustice.org

Elizabeth B. Forsyth (admitted pro hac vice)
Earthjustice
810 3rd Ave #610
Seattle, WA 98104
Phone: (213) 766-1067
E-mail: eforsyth@earthjustice.org

Melissa Hornbein (MT Bar No. 9694)
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
Phone: (406) 471-3173
E-mail: hornbein@westernlaw.org

Barbara Chillcott (MT Bar No. 8078)
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
Phone: (406) 430-3023
E-mail: chillcott@westernlaw.org

*Counsel for Plaintiffs*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: _____        _____
BRIAN MORRIS
CHIEF UNITED STATES DISTRICT JUDGE