## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, MONTANA ENVIRONMENTAL INFORMATION CENTER, CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB, and WATERKEEPER ALLIANCE, INC., <br><br> Plaintiffs, <br> vs. <br><br> U.S. BUREAU OF LAND MANAGEMENT, an agency within the U.S. Department of the Interior; DEBRA HAALAND, in her official capacity as Secretary of the United States Department of the Interior; and KIMBERLY PRILL, in her official capacity as Montana Bureau of Land Management Deputy State Director, <br><br> Defendants. | Case No. 4:21-cv-00004-BMM <br><br> STIPULATED DISMISSAL WITH PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal with prejudice of this lawsuit pursuant to the terms of their Stipulated Settlement Agreement (Agreement), which is attached as Exhibit A.  The Parties further request that the Court retain jurisdiction solely to resolve any motions to enforce the terms of Paragraphs 3 and 5 of this Agreement, *see Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), and for the

purpose of resolving any motion for attorneys' fees and costs filed by Plaintiffs in accordance with the Equal Access to Justice Act.

Dated: September 6, 2022

        It is so stipulated,

        TODD KIM
        Assistant Attorney General
        Environment and Natural Resources Division

        */s/ Michael S. Sawyer*
        MICHAEL S. SAWYER
        Senior Attorney, Natural Resources Section
        Ben Franklin Station, P.O. Box 7611
        Washington, D.C. 20044-7611
        Telephone: (202) 514-5273
        Fax: (202) 305-0506
        Email: michael.sawyer@usdoj.gov

        *Counsel for Defendants*

        */s/ Thomas Delehanty*
        Thomas Delehanty (admitted pro hac vice)
        Earthjustice
        633 17th St., Suite 1600
        Denver, CO 80202
        Phone: (303) 996-9628
        E-mail: tdelehanty@earthjustice.org

        Elizabeth B. Forsyth (admitted pro hac vice)
        Earthjustice
        810 3rd Ave #610
        Seattle, WA 98104
        Phone: (213) 766-1067
        E-mail: eforsyth@earthjustice.org

        Melissa Hornbein (MT Bar No. 9694)
        Western Environmental Law Center
        103 Reeder's Alley
        Helena, MT 59601
        Phone: (406) 471-3173
        E-mail: hornbein@westernlaw.org

        Barbara Chillcott (MT Bar No. 8078)
        Western Environmental Law Center
        103 Reeder's Alley
        Helena, MT 59601
        Phone: (406) 430-3023
        E-mail: chillcott@westernlaw.org

        *Counsel for Plaintiffs*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED this 19th day of September, 2022.

        _____
        Brian Morris, Chief District Judge
        United States District Court