# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>US BUREAU OF LAND MANAGEMENT, et al.,<br><br>Defendants. | 4:21-cv-00004-BMM<br><br>ORDER GRANTING JOINT MOTION FOR A TEMPORARY STAY OF PROCEEDINGS |

BEFORE this Court is the parties' joint motion for a temporary stay of proceedings related to Plaintiffs' motion for attorneys' fees, costs, and expenses under the Equal Access to Justice Act. Having reviewed the joint motion and with good cause having been established, the Court GRANTS the motion. It is hereby ORDERED that all proceedings in this case are stayed for ninety (90) days through January 11, 2023.

DATED this 26th day of October, 2022.

_____
Brian Morris, Chief District Judge
United States District Court