# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., | Case No. 4:21-cv-00004-BMM-JTJ |
| Plaintiffs, | |
| v. | **ORDER** |
| U.S. BUREAU OF LAND MANAGEMENT, et al., | |
| Defendants. | |

BEFORE this Court is the Parties' status report and joint motion for an extension of the temporary stay of proceedings related to Plaintiffs' motion for attorneys' fees, costs, and expenses under the Equal Access to Justice Act. Having reviewed the joint motion, and with good cause having been established, the court GRANTS the motion. It is hereby ORDERED that all proceedings in this case are stayed for an additional thirty (30) days through February 13, 2023. On February 15, 2023, the Parties will submit another status report updating this Court as to the progress of their negotiations.

DATED this 13th day of January, 2023.

Brian Morris, Chief District Judge
United States District Court