IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>U.S. BUREAU OF LAND MANAGEMENT, et al.,<br><br>    Defendants. | 4:21-cv-00004-BMM<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF STAY** |

    Before the Court is the Parties' joint status report and motion for an extension of the temporary stay of proceedings related to Plaintiffs' motion for attorneys' fees, costs, and expenses under the Equal Access to Justice Act.  Having reviewed the joint motion, and with good cause having been established, the Court GRANTS the motion.  It is hereby ORDERED that all proceedings in this case are stayed for an additional 30 days through May 14, 2023.  On or before May 20, 2023, the Parties will submit another status report updating this Court as to the progress of their negotiations.

DATED this 13th day of April, 2023.

_____
Brian Morris, Chief District Judge
United States District Court